IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 10-cr-00220-DME

UNITED STATES OF AMERICA,

 Plaintiff,

v.

7. JESSICA REHLING,

 Defendant.

---

### ORDER SETTING CHANGE OF PLEA HEARING
---

  A Notice of Disposition was filed in the above matter on January 29, 2011.  A Change of Plea hearing was scheduled for March 24, 2011, and that hearing was vacated pursuant an Order dated March 14, 2011 (Doc. No. 441).

  IT IS ORDERED THAT A new Change of Plea hearing is set for **August 24, 2011, at 10:00 a.m.  Counsel for the parties shall deliver courtesy copies of the "Statement by Defendant In Advance of Change of Plea" and the "Plea Agreement" separately to Judge Ebel's chambers AND to the Probation Department no later than <u>noon</u> on August 22, 2011.**  <u>If these documents are not timely submitted, the hearing will be vacated.</u>  **The original and one copy of these documents should be delivered to Judge Ebel's courtroom deputy in the courtroom <u>at the time of the hearing</u> (*see* D.C.COLO.LCrR 11.1F).  The Court disfavors plea agreements pursuant to F.R.Crim.P. 11(c)(1)(c) since the *Booker* and *FanFan* decisions, and**

**they will only be accepted in certain circumstances.**  In light of the Defendant's

Notice of Disposition, the speedy trial time is tolled.

     DATED:  March 18, 2011

                                              BY THE COURT:

                                              *s/ David M. Ebel*

                                              _____
                                              David M. Ebel
                                              United States Circuit Judge