**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Criminal Action No. 10-cr-00220-DME

UNITED STATES OF AMERICA,

    Plaintiff,

v.

7.  JESSICA REHLING,

    Defendant.

**MINUTE ORDER**

ORDER ENTERED BY DAVID M. EBEL

    Defendant Jessica Rehling's sentencing hearing is scheduled for **November 9, 2011, at 2:00 p.m.**

    DATED:  August 23 2011